Lake County Bar Association *v.* Smith.

[Cite as *Lake Cty. Bar Assn. v. Smith* (1999), 85 Ohio St.3d 402.]

(No. 98–2216—Submitted February 9, 1999—Decided April 28, 1999.)

Stephen G. Macek, Sandra A. Dray and Michael P. Hurley, for relator.

Richard F. Smith, Jr., pro se.

---

**Per Curiam.** We adopt the findings and conclusions of the board. However, in view of respondent's unblemished record and his lack of intent to harm Mehls, we find that a public reprimand is appropriate. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

---

**COOK, J., dissenting.** I would follow the recommendation of the panel and the board and suspend the respondent for six months, with the entire six months stayed, provided respondent successfully participates in and completes a mentoring program established and monitored by the Lake County Bar Association.

MOYER, C.J., concurs in the foregoing dissenting opinion.